UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ELSIE STEWART BRACEY, ET AL.                                                    PLAINTIFFS

AND

JACKSON PUBLIC SCHOOLS AND MISSISSIPPI
MUNICIPAL WORKERS' COMPENSATION GROUP                          INTERVENORS


VS.                                                      CIVIL ACTION NO. 3:09CV627-CWR-FKB

YOKOHAMA TIRE CORPORATION, ET AL.                                        DEFENDANTS


## REPORT AND RECOMMENDATION

This matter is before the Court on the Petition for Approval of Third Party Settlement (Docket No. 127), which has been referred to the undersigned for consideration. See Docket No. 128. The undersigned has held a hearing attended by counsel, has considered the Petition and the evidence submitted in support of the Petition, and finds that the Petition should be granted. Therefore, the undersigned recommends that the Petition be granted and that the District Judge enter an order approving the proposed settlement.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636, Douglass v. United Services Automobile Association, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

RESPECTFULLY SUBMITTED, this the 1st day of May, 2012.

                               /s/ F. Keith Ball
                     UNITED STATES MAGISTRATE JUDGE