# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ELSIE S. BRACEY ET AL.** **PLAINTIFFS**

**v.** **Cause No. 3:09-cv-627-CWR-FKB**

**YOKOHAMA TIRE CORP. ET AL.** **DEFENDANTS**

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on May 1, 2012 [Docket No. 130], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2). This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court and grants the parties' joint petition for approval of third-party settlement [Docket No. 127].

SO ORDERED, this the 25th day of May, 2012.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE